IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.07-00115-13-CR-W-NKL |
| | ) | |
| JULIAN ARAIZA, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Sarah W. Hays, to which no objection has been filed, the plea of guilty to Count 1 of the Information is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

    s/ NANETTE K. LAUGHREY
    NANETTE K. LAUGHREY
    United States District Judge

Dated: April 15, 2008